# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Butte County, California** | Attorney: |
| Plaintiff | Dickinson Wright PLLC<br>Dennis Whittlesey |
| vs. | 1901 L St., NW, Suite 800<br>Washington, DC. 20036-3506 |
| **Philip N. Hogen, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-00519

Legal documents received by Same Day Process Service on March 26th, 2008 at 2:10 PM to be served upon **Norman H. DesRosiers, National Indian Gaming Commission at 1441 L St., NW, Suite 9100, Washington, DC. 20005**

I, Brandon A. Snesko, swear and affirm that on **March 26th, 2008 at 3:00 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief** to **John Haye** as **Attorney & Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'8   Weight: 180   Skin Color: White   Hair Color: Brown & Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008468

District of Columbia: SS
Subscribed and Sworn to before me,
this 27TH day of MARCH, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.