# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Butte County, California** | Attorney: |
| Plaintiff | Dickinson Wright PLLC |
| vs. | Dennis Whittlesey |
| **Philip N. Hogen, et al** | 1901 L St., NW, Suite 800 |
| Defendant | Washington, DC. 20036-3506 |

**Case Number:** 1:08-cv-00519

Legal documents received by Same Day Process Service on March 26th, 2008 at 2:10 PM to be served upon **The Honorable Michael B. Mukasey, Attorney General, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **March 26th, 2008 at 3:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief**, to **Willo T. Lee** as **General Clerk 2 & Authorized Agent** of the within named agency, to wit: **U.S. Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'6   Weight: 175   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008469

District of Columbia: SS
Subscribed and Sworn to before me,
this 27th day of MARCH, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.