# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Butte County, California**                    Attorney:

    Plaintiff                Dickinson Wright PLLC
                                                Dennis Whittlesey
vs.                                             1901 L St., NW, Suite 800
                                                Washington, DC. 20036-3506
**Philip N. Hogen, et al**

    Defendant

**Case Number:** 1:08-cv-00519

Legal documents received by Same Day Process Service on March 26th, 2008 at 2:10 PM to be served upon **Jeffrey A. Taylor, U.S. Attorney for the District of Columbia at 555 4th St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **March 26th, 2008 at 3:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief**, to **Lakesha Carroll** as **Authorized Agent** of the within named agency, to wit: **U.S. Attorney for the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'4   Weight: 145   Skin Color: Black   Hair Color: Black & Violet   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

(202) 398-4200

Internal Job ID: 0000008466

District of Columbia: SS
Subscribed and Sworn to before me,
this 27<sup>T</sup> day of MARCH 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.