IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTTE COUNTY, CALIFORNIA, )<br>)<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HOGEN, et al., )<br>)<br>)<br>      Defendants. )<br>_____) | Case No. 1:08-cv-00519-HHK<br>Judge Henry H. Kennedy |

**NOTICE OF APPEARANCE**

     Pursuant to Local Rules 83.2(e) and 83.6 of the United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Defendants:

    Amy S. Tryon                                                    [Regular mail]
    U.S. Department of Justice
    Environment & Natural Resources Div.
    Indian Resources Section
    P.O. Box 44378
    L'Enfant Plaza Station
    Washington, D.C. 20026-4378
    (202) 353-8596 (telephone)
    (202) 305-0271 (fax)
    Amy.Tryon@usdoj.gov

    Indian Resources Section                     [Overnight Mail]
    601 D Street NW, Room 3013
    Washington, DC 20004

Dated: April 24, 2008

                                                                         Respectfully submitted,

                                                                         AMY S. TRYON