**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BUTTE COUNTY, CALIFORNIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00519-HHK |
| | ) | Judge Henry H. Kennedy |
| HOGEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**UNITED STATES'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants (collectively, the United States) respectfully request an extension of time to file an answer or other responsive pleading in this matter on or before July 28, 2008.

In support of this motion, the Defendants state as follows:

1.    Undersigned counsel has authorization from Plaintiff's counsel to state that this motion is unopposed;

2.    Currently, an answer or other responsive pleading is due May 27, 2008;

3.    Plaintiff filed its First Amended Complaint on May 19, 2008;

4.    The United States requires an additional 60 days to allow the National Indian Gaming Commission and now the Department of the Interior adequate time to complete compiling and to certify the administrative record.  Counsel for the United States also requires this additional time to review the record and to prepare the appropriate response to the Amended Complaint.

1

WHEREFORE, the United States respectfully requests an extension of time to file its answer or other responsive pleading on or before July 28, 2008.

Dated:  May 20, 2008

Respectfully submitted,

AMY S. TRYON
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
(202) 353-8596
amy.tryon@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTTE COUNTY, CALIFORNIA,       ) | |
|       ) | |
|       Plaintiff,       ) | |
|       ) | |
| v.       ) | Case No. 1:08-cv-00519-HHK |
|       ) | Judge Henry H. Kennedy |
| HOGEN, et al.,       ) | |
|       ) | |
|       Defendants.       ) | |
| _____) | |

### Certificate of Service

I hereby certify that on May 20, 2008, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant in this case:

Dennis J. Whittlesey
DICKINSON WRIGHT PLLC
1901 L Street, N.W. – Suite 800
Washington, DC 20036
Telephone: (202) 659-6928
Facsimile: (202) 659-1559

AMY S. TRYON
<u>Trial Attorney</u>
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
(202) 353-8596
amy.tryon@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BUTTE COUNTY, CALIFORNIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00519-HHK |
| | ) | Judge Henry H. Kennedy |
| HOGEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER
GRANTING THE UNITED STATES'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Upon consideration of the United States's Unopposed Motion for Extension of Time, it is

hereby ORDERED that the United States's answer or other responsive pleading is due on or

before July 28, 2008.

Dated:_____, 2008          _____

Hon. Henry H. Kennedy
United States District Judge
District of Columbia