UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA,**<br><br>                  **Plaintiff,**<br><br>                v.<br><br>**PHILIP N. HOGEN**<br><br>and<br><br>**NORMAN H. DesROSIERS,**<br><br>                  **Defendants.** | Civil Action 08-00519  (HHK) |

ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

It is this 22nd day of May 2008, hereby

**ORDERED** that Mechoopda Indian Tribe's motion to intervene as a defendant [#7], is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Kay, "AK," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

                                                                              Henry H. Kennedy, Jr.
                                                                              United States District Judge