REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-C

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 05:0706 Judicial Review of Agency Actions | | | |
|---|---|---|---|---|
| CASE NO:<br>08 CV 519 | DATE REFERRED:<br>MAY 22, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>REFERRAL OF MOTION (DOC #7) | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>BUTTE COUNTY, CALIFORNIA | | DEFENDANT(S):<br>PHILIP N. HOGEN, ET AL. | | |
| ENTRIES: | | | | |