# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Butte County, California** | Attorney: |
| Plaintiff | Dickinson Wright PLLC |
| vs. | Dennis Whittlesey |
| | 1901 L St., NW, Suite 800 |
| **Philip N. Hogen, et al** | Washington, DC. 20036-3506 |
| Defendant | |

Case Number: 1:08-cv-00519-HHK

Legal documents received by Same Day Process Service on May 21st, 2008 at 2:30 PM to be served upon **The Honorable Michael B. Mukasey, Attorney General, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 22nd, 2008 at 1:20 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Electronic Filing; First Amended Complaint For Declaratory and Injunctive Relief**, to **Donna Monroe** as **General Clerk 2 & Authorized Agent** of the within named agency, to wit: **Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4"   Weight: 175   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009804

District of Columbia: SS
Subscribed and Sworn to before me,
this 23RD day of MAY, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Butte County, California

**SUMMONS IN A CIVIL CASE**

V.

Phillip N. Hogen, et al.

CASE NUMBER: 1:08-cv-00519-HHK

TO: (Name and address of Defendant)

The Honorable Michael B. Mukasey
Attorney General, U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dickinson Wright PLLC
Dennis J. Whittlesey
1901 L St. NW, Suite 800
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          **MAY 2 1 2008**

CLERK                                    DATE

(By) DEPUTY CLERK