# AFFIDAVIT OF PROCESS SERVER

### United States District Court

### District Of Columbia

**Butte County, California**

    Plaintiff

vs.

**Philip N. Hogen, et al**

    Defendant

Attorney:

Dickinson Wright PLLC
Dennis Whittlesey
1901 L St., NW, Suite 800
Washington, DC. 20036-3506

**Case Number:** 1:08-cv-00519-HHK

Legal documents received by Same Day Process Service on May 21st, 2008 at 2:30 PM to be served upon **The Honorable Dirk A. Kempthorne, Secretary, U.S. Department of the Interior at 1849 C St., NW, Washington, DC. 20240**

I, Brandon A. Snesko, swear and affirm that on **May 22nd, 2008 at 1:30 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Electronic Filing; First Amended Complaint For Declaratory and Injunctive Relief**, to Robin Friedman as **Attorney & Authorized Agent** of the within named agency, to wit: **Department of The Interior** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'4"   Weight: 170   Skin Color: white   Hair Color: brown, gray, balding   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000009801

District of Columbia: SS
Subscribed and Sworn to before me,
this 23RD day of MAY, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Butte County, California

**SUMMONS IN A CIVIL CASE**

V.

Phillip N. Hogen, et al.

CASE NUMBER:    1:08-cv-00519-HHK

TO: (Name and address of Defendant)

The Honorable Dirk A. Kempthorne
Secretary, U.S. Department of the Interior
1849 C St. NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dickinson Wright PLLC
Dennis J. Whittlesey
1901 L St. NW, Suite 800
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 2 1 2008

CLERK                                           DATE

(By) DEPUTY CLERK