UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTTE COUNTY, CALIFORNIA, 25 County Center Drive, Oroville, CA 95965, <br><br> Plaintiff, <br><br> v. <br><br> PHILIP N. HOGEN, in his official capacity as CHAIRMAN OF THE NATIONAL INDIAN GAMING COMMISSION, 1441 L Street, N.W., Suite 9100, Washington, D.C. 20005, and NORMAN H. DESROSIERS, in his official capacity as COMMISSIONER OF THE NATIONAL INDIAN GAMING COMMISSION, 1441 L Street, Suite 9100, Washington, D.C. 20005, <br><br> Defendants. <br><br> MECHOOPDA INDIAN TRIBE OF CHICO RANCHERIA, CALIFORNIA, a federally recognized Indian Tribe, c/o Dennis J. Ramirez, Chairman, Tribal Offices, 125 Mission Ranch Boulevard, Chico, CA 95926, <br><br> Intervenor. | Case No.: 1:08-cv-00519-HHK <br> Judge: Henry H. Kennedy, Jr. <br> Deck Type: Administrative Agency Review <br> Date Filed: 03/26/08 <br><br> **NOTICE OF APPEARANCE** |

   The Clerk of the Court will please enter the appearance of Matthew Justin Kelly as counsel in this case for Intervenor, Mechoopda Indian Tribe of Chico Rancheria, California.

June 12th, 2008

502726 DC
Bar Identification

_____
Signature

Matthew Justin Kelly
AndersonTuell, LLP
300 Independence Avenue, SE
Suite 200
Washington, DC 20003
(202) 543-5000