UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**PHILIP N. HOGEN,** *et al.***,**<br><br>　　　　Defendants. | Civil Action No. 08-519 (HHK)(AK) |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, it is this  16th  day of June, 2008, hereby

**ORDERED** that the Mechoopda Indian Tribe of Chico Rancheria, California's Motion to Intervene [7] is **granted** and the Tribe shall file an Answer to Butte County, California's First Amended Complaint; and it is further

**ORDERED** that the Mechoopda Indian Tribe of Chico Rancheria, California's Request for Judicial Notice in Support of Motion to Intervene [7-4] is **denied without prejudice**.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE