IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PHILIP N. HOGEN, et al.,** ) <br> ) <br> Defendants. ) <br> ) | 1:08-cv-00519-HHK-AK <br><br> **MOTION FOR ADMISSION** <br> *PRO HAC VICE* |

On behalf of plaintiff Butte County, California, and pursuant to LCvR 83.2(c)(1), the undersigned counsel hereby moves this Court to join of record Bruce S. Alpert for admission *pro hac vice*. Attached hereto as <u>Exhibit A</u> is the Declaration of Bruce S. Alpert in Support of Motion for Admission *Pro Hac Vice*.

Respectfully submitted this 23rd day of June 2008.

                                          **BUTTE COUNTY, CALIFORNIA**

                                          By Counsel

                                        _____/s/_____
                                        Dennis J. Whittlesey  (D.C. Bar No. 053322)
                                        D<span style="font-variant:small-caps">ICKINSON</span> W<span style="font-variant:small-caps">RIGHT</span> PLLC
                                        1901 L Street, N.W. - Suite 800
                                        Washington, D.C.  20036
                                        Telephone: (202) 659-6928
                                        Facsimile: (202) 659-1559

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:08-cv-00519-HHK-AK |
| v. ) | |
| ) | |
| **PHILIP N. HOGEN, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF BRUCE S. ALPERT
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Bruce S. Alpert, hereby declare and state as follows:

1. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, am competent to testify thereto.

2. I am, and at all times here relevant to matters at issue in this litigation, serve as the County Counsel for Butte County, California. My office address is 25 County Center Drive, Oroville, CA 95965 and my office telephone number is 530-538-7621.

3. I am admitted to practice in the following courts and jurisdictions: State Bar of California (December 21, 1977); Supreme Court of the State of California (December 21, 1977); United States Court of Appeals for the 9th Circuit (April 14, 1986); United States District Court - Eastern District of California (April 11, 1996); United States District Court - Southern District of California (November 5, 1982); United States District Court – Central District of California (January 26, 1978); Supreme Court of the United States of America (February 22, 1999).

4. I hereby certify that I have not been disciplined by any bar. Attached hereto as Exhibit 1 is a certificate of good standing issued by The State Bar of California.

5. I have applied for admission *pro hac vice* _0_ times to this Court in the last two (2) years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further Declarant sayeth not.

_____
Bruce S. Alpert

Dated: June 20, 2008

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRUCE SHELDON ALPERT, #75684 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1977; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records