# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTTE COUNTY, CALIFORNIA, 25 County Center Drive, Oroville, CA 95965,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP N. HOGEN, in his official capacity as CHAIRMAN OF THE NATIONAL INDIAN GAMING COMMISSION, 1441 L Street, N.W., Suite 9100, Washington, D.C. 20005, NORMAN H. DESROSIERS, in his official capacity as COMMISSIONER OF THE NATIONAL INDIAN GAMING COMMISSION, 1441 L Street, Suite 9100, Washington, D.C. 20005, DIRK A. KEMPTHORNE, in his official capacity as SECRETARY OF THE DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, CARL J. ARTMAN, in his official capacity as ASSISTANT SECRETARY - INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, and UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>    Defendants.<br><br>MECHOOPDA INDIAN TRIBE OF CHICO RANCHERIA, CALIFORNIA, a federally recognized Indian Tribe, c/o Dennis E. Ramirez, Chairman, Tribal Offices, 125 Mission Ranch Boulevard, Chico, CA 95926,<br><br>    Intervenor. | Case No.: 1:08-cv-00519-HHK-AK<br>Judge: Henry H. Kennedy, Jr.<br>Deck Type: Administrative Agency Review<br>Date Filed: 03/26/08<br><br><br>**PROOF OF SERVICE** |

I, Kimberly J. Soto, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On June 30, 2008, I caused to be served on the interested parties in this action the following document(s):

    1.    **ANSWER OF INTERVENOR MECHOOPDA INDIAN TRIBE OF CHICO RANCHERIA, CALIFORNIA TO FIRST AMENDED COMPLAINT**

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

> Bruce S. Alpert
> 25 County Center Drive
> Oroville, CA  95965

[☒] U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

[ ] FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

[ ] FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for each party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 19, 2008, at San Francisco, California.

                                                         /s/
                                           Kimberly J. Soto