UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUTTE COUNTY, CALIFORNIA,

        Plaintiff,

v.

PHILIP N. HOGEN

and

NORMAN H. DesROSIERS,

        Defendants.

Civil Action 08-00519 (HHK)

## ORDER

It is this 1st day of July 2008, hereby

**ORDERED** that on or before July 16, 2008, the parties shall file a joint case management report, which report shall include proposed deadlines for the submission of dispositive motions. If the parties cannot reach agreement with respect to the case management report and the proposed deadlines, they shall file separate case management reports.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge