UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**PHILIP N. HOGEN**<br><br>and<br><br>**NORMAN H. DesROSIERS,**<br><br>    **Defendants.** | Civil Action 08-00519  (HHK) |

**ORDER**

Upon consideration of the parties' Amended Case Management Report [#32] and the record of this case, it is this 16th day of July 2008, hereby

**ORDERED** that the court adopts, and the parties shall be governed by, the deadlines set forth on page 5 of the parties' Amended Case Management Report [#32].

                   Henry H. Kennedy, Jr.
                   United States District Judge