UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA,**<br><br>          Plaintiff,<br><br>     v.<br><br>**PHILIP N. HOGEN**<br><br>and<br><br>**NORMAN H. DesROSIERS,**<br><br>          Defendants. | Civil Action 08-00519  (HHK) |

**ORDER**

Before the court are Butte County's objections to Magistrate Judge Alan Kay's order granting permissive intervention to the Mechoopda Indian Tribe of Chico Rancheria [#25]. Butte County's objections are overruled because Butte County fails to show that the Magistrate Judge's discretionary decision was clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); LCvR 72.2(c).  Moreover, Butte County has not shown, as it asserts, that the Magistrate Judge "clearly did not understand the underlying circumstances." Pl.'s Objections to Magistrate's Order Granting Intervention to Mechoopda Tribe 1.  Accordingly, it is this 4th day of August 2008, hereby

**ORDERED** that Butte County's objections to Judge Kay's order are **OVERRULED**.

Henry H. Kennedy, Jr.
United States District Judge