IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BUTTE COUNTY, CALIFORNIA** ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | 1:08-cv-00519-HHK | |
| v. ) | | |
| ) | **PLAINTIFF'S MOTION** | |
| **PHILIP N. HOGEN, et al.,** ) | **FOR ORDER SUSPENDING** | |
| ) | **BRIEFING SCHEDULE** | |
| Defendants. ) | | |
| _____ ) | | |

**COMES NOW** Plaintiff Butte County and moves this Court for an order suspending the briefing schedule proposed at page 5 of the Amended Case Management Report filed on July 15, 2008, and ordered by this Court's Order of July 16, 2008.

The requested relief is the product of incomplete Administrative Records filed by both the Department of the Interior and the National Indian Gaming Commission. These records were due to be filed by the federal defendants on August 27, 2008, but were not received by plaintiff's counsel until the following day, and then in a format which required computer technicians to convert into a usable format. After the materials finally could be reviewed, it became clear that critical materials and files were not included in the Administrative Records, including materials specifically identified in advance to the federal defendants' counsel by plaintiff's counsel as important, relevant and critical.

The materials are identified in two motions being filed contemporaneously with this motion: (1) Motion for Order Requiring the NIGC Administrative Record Be Supplemented and (2) Motion for Order Requiring the Department of the Interior Administrative Record Be Supplemented. Those motions identify and discuss in some detail the materials which were not included in the August 28 delivery to counsel. Some of these omitted materials contain materials

contradicting the legal conclusions upon which the administrative decisions at issue were based without reconciliation of the decisions and contradictory information before the decision-makers. The plaintiff must establish that the decisions at issue were arbitrary and capricious and access to the omitted materials are directly relevant to that legal issue.

Pursuant to LCvR 7(m), plaintiff's counsel has discussed this Motion with counsel for the Federal Defendants and counsel for the Intervenor-Defendant, and they do not concur in this motion.

**DATED** this 5th day of September 2008.

> s/Dennis J. Whittlesey
> DICKINSON WRIGHT PLLC
> Dennis J. Whittlesey (DC Bar No. 053322)
> 1901 L St. NW, Suite 800
> Washington, DC 20036
> 202-659-6928
> dwhittlesey@dickinsonwright.com
>
> Bruce S. Alpert (*Pro Hac Vice*)
> BUTTE COUNTY, CALIFORNIA
> 25 County Center Drive
> Oroville, CA 95965
> 530-538-7621
> balpert@buttecounty.net

DC 35614-1 125059v1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUTTE COUNTY, CALIFORNIA** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PHILIP N. HOGEN, et al.,** )<br>)<br>Defendants. )<br>_____) | 1:08-cv-00519-HHK<br><br>**ORDER SUSPENDING<br>BRIEFING SCHEDULE** |

**THIS MATTER** came before the Court by Plaintiff's Motion for Order Suspending Schedule, which motion seeks to suspend the schedule was proposed the Amended Case Management Report filed on July 15, 2008, and ordered by this Court's Order of July 16, 2008.

Filed contemporaneously with the instant motion were two motions requesting that the two administrative records in this matter be supplemented with materials plaintiff has identified as relevant to the administrative decisions at issue:  (1) Motion for Order Requiring the NIGC Administrative Record Be Supplemented and (2) Motion for Order Requiring the Department of the Interior Administrative Record Be Supplemented.  Those motions identify and discuss in some detail the materials which were not included in the August 28 delivery to counsel which plaintiff argues are important, relevant and critical..

The Court has considered the instant Motion and supporting materials, as well as any opposing materials submitted by the federal defendants and defendant-intervenor and concluded that the Motion should be granted.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

**A.** The briefing schedule proposed the Amended Case Management Report filed on July 15, 2008, and ordered by this Court on July 16, 2008, is suspended pending further Order of this Court.

**B.** The federal defendants and defendant-intervenor shall have 11 days from the date of this Order in which to respond to the two motions seeking to have the administrative records supplemented. The plaintiff shall have seven (7) days in which to reply to those responses.

**DONE** this ___ day of September 2008.

_____
United States District Judge

DC 35614-1 125109v1